IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHIRLEY POLK DAVIS | ) | |
| | ) | |
| v. | ) | 3-09-CV-1426-M |
| | ) | |
| TEXAS VETERANS LAND BOARD | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS ORDERED that Plaintiff's motion to proceed *in forma pauperis* is denied and her complaint will be dismissed without prejudice unless within twenty (20) days of the date of this order Plaintiff pays the filing fee of $350.00.

SO ORDERED this 22nd day of October, 2009.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS