ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FEB - 2

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SHIRLEY POLK DAVIS,               §
                Plaintiff,        §
                                  §
v.                                §        3:09-CV-1426-M
                                  §
TEXAS VETERANS LAND BOARD,        §
                Defendant.        §        Referred to U.S. Magistrate Judge
                                  §        for Pretrial management

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions

and a recommendation in this case. Plaintiff filed objections, and the District Court has made a

*de novo* review of those portions of the proposed findings and recommendation to which

objection was made. The objections are overruled, and the Court accepts the Findings,

Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 2 day of February, 2010.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE